AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN District of PENNSYLVANIA

| | |
|---|---|
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA<br>*Plaintiff(s)*<br>v.<br>ORPHION THERAPEUTICS, INC.<br>*Defendant(s)* | Civil Action No.   25-CV-3095 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOHN V. GORMAN
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/17/25

S/FRANK DEL CAMPO
*Signature of Clerk or Deputy Clerk*



**George Wylesol, Clerk of Court**
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV-3095

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Orphion Therapeutics Inc c/o Corporation Service Company was received by me on *(date)* June 17, 2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Placed in intake bin (This is CSC Procedure), who is designated by law to accept service of process on behalf of *(name of organization)* Orphion Therapeutics Inc on *(date)* 6-18-2025 at 11:53am ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served Summons, Complaint, Civil Cover Sheet, Designation Form and Exhibits

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/18/25

*Server's signature*

Daniel Patterson/Process Server
*Printed name and title*
it's Done! Courier
2142 S Broad Street, Lower Level
Philadelphia, PA 19145
215-925-3663
*Server's address*

Additional information regarding attempted service, etc: