Joint Status Report Pursuant to Rule 26(f)

Caption:  *The Children's Hospital Of Philadelphia v. Orphion Therapeutics, Inc.*

Civil Action No:  2:25-cv-03095-MSG

Basis of Jurisdiction:  Diversity

Jury Trial:  _____x_____    Non-Jury Trial: _____    Arbitration: _____

Plaintiff's counsel participating in the Rule 16 Conference:  John V. Gorman & Bradie R. Williams

Defendant's counsel participating in the Rule 16 Conference: Noah Schwartz

Do counsel have full authority to settle at Rule 16 Conference?  Yes

If not, client with such authority who will attend conference:  _____

When did the parties hold the Rule 26 Conference?  September 3, 2025

When did the parties comply with Rule 26(a)'s duty of self-executing disclosure?  September 8, 2025

Does either side expect to file a case-dispositive motion?  Plaintiff: Yes  (yes/ no)

If yes, under what Rule  Plaintiff: Rules 12 & 56.  Defendant: Reserves right under 56

If yes, specify the issue  Plaintiff: Rule 12 (failure to state claim for Defendant counterclaims I, III & IV) & Rule 56 (various grounds).

Proposed deadline for filing dispositive motions:  July 27, 2026

Does either side anticipate the use of experts?  Yes

If yes, what is the proposed deadline for expert discovery?  June 26, 2026

Approximate date case should be trial-ready:  After resolution of dispositive motions

Time for Plaintiff's case:  3 days    Time for Defendant's case:  3 days

Is a settlement conference likely to be helpful?  Potentially    If so, when:

Early  no  (yes/ no)    After Discovery  yes  (yes/ no)

What is the outcome of your discussions with your clients about proceeding before a

Magistrate Judge for final disposition?  Parties decline to proceed before a Magistrate Judge

Plan for Discovery:

1.      The parties anticipate that discovery should be completed within 295
        days. (i.e., fact discovery completed by March 26, 2026, and expert discovery completed by
        June 26, 2026)

2.      What is the minimum amount of time necessary to complete discovery prior to an
        ADR session, should one be ordered or agreed to?  90-120 days

3.      Have the parties discussed issues relating to claims of privilege or of protection as
        trial-preparation material, as required by Rule 26(f)(3)(D)? Yes. Parties intend to include a
        clawback/non-waiver provision for privileged/protected information in proposed protective
        order to the Court

4.      Identify any other discovery issues which should be addressed at the Rule 16
        Conference, including limitations on discovery, protective Orders needed, or other
        elements which should be included in a particularized discovery plan.  Parties intend to
        request the Court enter a protective order to govern disclosure of confidential information.

5.      If you contend the discovery period should exceed 90 days, please state reason:
        This case involves complex factual and legal issues requiring involved fact and expert
        discovery.  It will also involve discovery of multiple third parties.  The parties are also
        involved in discovery in a related action between them in New York State court, with related
        fact discovery; the parties here propose that this federal action proceed on the same
        discovery schedule to avoid duplicative discovery and case inefficiencies.

*This form should be filed on ECF*