## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA,**<br><br>           **Plaintiff,**<br><br>     **- vs -**<br><br>**ORPHION THERAPEUTICS, INC.,**<br><br>           **Defendant.**<br><br>---<br><br>**ORPHION THERAPEUTICS, INC.,**<br><br>           **Counterclaim Plaintiff,**<br><br>     **- vs -**<br><br>**THE CHILDREN'S HOSPITAL OF PHILADELPHIA,**<br><br>           **Counterclaim Defendants.** | **Civil No. 2:25-cv-3095-JFM** |

### STIPULATION AND ORDER TO EXTEND DEADLINES
### FOR BRIEFING ON MOTION TO DISMISS COUNTERCLAIMS

WHEREAS, on September 30, 2025, plaintiff/counterclaim defendant The Children's Hospital of Philadelphia ("CHOP") filed a motion to dismiss counterclaims of defendant/counterclaim plaintiff Orphion Therapeutics, Inc. ("Orphion") (Docket Index No. ("D.I.") 25);

WHEREAS Orphion's counsel observes Jewish holidays that fall within the time for Orphion to prepare an opposition to CHOP's motion;

1

WHEREAS Orphion's counsel accordingly seeks to extend the time period for it to file an opposition to CHOP's motion from two weeks to four weeks;

WHEREAS CHOP's counsel does not oppose Orphion having four weeks to file such an opposition provided it has two weeks to file a reply;

WHEREAS good cause exists for the requested extension given the above referenced religious observations;

WHEREBY the parties stipulate and move, through their respective counsel, as follows:

1.    The deadline for Orphion to file opposition to CHOP's motion (D.I. 25) shall be extended from October 14, 2025 to **October 28, 2025**;

2.    CHOP's deadline to file a reply, if any, shall be **November 11, 2025**.

**O'HANLON SCHWARTZ, P.C.**               **MORGAN, LEWIS & BOCKIUS, LLP**

By: _/s/ Noah A. Schwartz_               By: _/s/ John V. Gorman_
Noah A. Schwartz (PA Bar No. 307835)     John V. Gorman (PA Bar No. 80631)
Israel A. Schwartz (Pa Bar No. 327623)   Bradie R. Williams (PA Bar No. 327334)
1 Holtec Drive, Suite G102               2222 Market Street
Marlton, New Jersey 08053                Philadelphia, Pennslyvania  19103
609.233.1590                             215.963.5000
Noah@ohanlonschwartz.com                 john.gorman@morganlewis.com
Izzy@ohanlonschwartz.com                 bradie.williams@morganlewis.com

*Attorneys for Orphion Therapeutics, Inc.*   *Attorneys for The Children's Hospital of Philadelphia*

It is SO ORDERED.

DATED: October 7, 2025                    Honorable John F. Murphy, U.S.D.J.

2