**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE CHILDREN'S HOSPITAL OF PHILADELPHIA** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | **NO.   25-3095** |
| | : | |
| **ORPHION THERAPEUTICS, INC.** | : | |

## ORDER

**AND NOW**, this 27th day of October 2025, following our September 23, 2025 order (DI 24) beginning discovery and today's Initial Pretrial Videoconference, it is **ORDERED**:

1.      Plaintiff may amend the pleadings to add claims or parties no later than **November 15, 2025**.

2.      All fact discovery shall be completed no later than **March 26, 2026**.

3.      All expert discovery shall be completed no later than **June 26, 2026**.

4.      Affirmative expert reports shall be served no later than **April 24, 2026**. Responsive expert reports, if any, shall be served no later than **May 29, 2026**.  Expert depositions, if any, shall be concluded no later than **June 26, 2026**.

5.      Any party expecting to offer opinion testimony from lay witnesses pursuant to Federal Rule of Evidence 701 with respect to the issues of liability and damages shall, at the time required for submission of information and/or reports for expert witnesses on liability and damages set forth in the preceding paragraph, serve opposing parties with concise details and/or documents covering the lay opinions of the Rule 701 witnesses, including the identity of each witness offering the expert opinion, the substance and the basis for each opinion.

6.      Motions for summary judgment and *Daubert* motions shall be filed no later than **August 14, 2026**. Responses shall be filed no later than **August 28, 2026**.  Motions for

summary judgment and responses shall be filed in the form prescribed in Judge Murphy's

Scheduling and Motion Policies and Procedures.[1]  If no summary judgment motion is filed by

the deadline, then within 2 days of the deadline, plaintiff shall file a notice that the case is ready

for trial.

7.      Further dates will be scheduled as needed, at a later time.

8.      Counsel shall follow Judge Murphy's Policies and Procedures which can be found

at www.paed.uscourts.gov.

MURPHY, J.

---

[1] Counsel shall review Judge Murphy's summary judgment procedures in section 9 of his
Policies and Procedures.

2