**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA,<br><br>*Plaintiff,*<br><br>v.<br><br>ORPHION THERAPEUTICS, INC.,<br><br>*Defendant.* | Civil Action No. 2:25-cv-3095-JFM |

**STIPULATED MOTION TO MODIFY CASE MANAGEMENT ORDER**

Plaintiff Children's Hospital of Philadelphia and Defendant Orphion Therapeutics, Inc. by and through their undersigned counsel, respectfully submit this stipulated motion to modify the Court's Case Management Order in this action (ECF No. 32).

On December 5, 2025, Justice Borrok of the Supreme Court of the State of New York entered a revised scheduling order in Orphion Therapeutics, Inc. v. The Children's Hospital of Philadelphia, et al., Index No. 655222/2024 (attached as Exhibit A). In addition, Mr. Gorman, CHOP's lead counsel, has unexpectedly had to attend to a significant medical need. Due to Mr. Gorman's circumstances, new lead counsel for CHOP, Elisa P. McEnroe, recently entered her appearance in this matter.

Both to ensure efficiency in these two parallel actions and to account for the circumstances with CHOP's counsel, the Parties respectfully submit the following proposed revisions to the Case Management Order:

| *Event* | *Original Deadline* | *Proposed Deadline* |
|---|---|---|
| Fact Discovery | March 26, 2026 | May 4, 2026 |
| Expert Discovery | June 26, 2026 | August 4, 2026 |
| Affirmative Expert Reports | April 24, 2026 | May 26, 2026 |
| Responsive Expert Reports | May 29, 2026 | June 30, 2026 |
| Expert Depositions | June 26, 2026 | August 4, 2026 |

1

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Last Day to File Statement of Undisputed Material Fact in Advance of Summary Judgment Motion | n/a | October 19, 2026 |
| Last Day to File Response to Statement of Undisputed Material Fact in Advance of Summary Judgment Motion | n/a | November 2, 2026 |
| Motions for Summary Judgement and Daubert Motions | August 14, 2026 | November 16, 2026 |
| Responses | August 28, 2026 | December 16, 2026 |

Respectfully submitted,

Dated: January 21, 2026

**O'HANLON SCHWARTZ, P.C.**

By: *Noah A. Schwartz*

Noah A. Schwartz (PA Bar No. 307835)
Israel A. Schwartz (PA Bar No. 327623)
1 Holtec Drive, Suite G102
Marlton, New Jersey 08053
609.233.1590
Noah@ohanlonschwartz.com
Izzy@ohanlonschwartz.com

*Attorneys for Defendant Orphion Therapeutics, Inc.*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *Elisa P. McEnroe*

Elisa P. McEnroe, Bar No. 206143
Bradie R. Williams, Bar No. 327334
2222 Market Street
Philadelphia, PA  19103
Telephone: +1.215.963.5000
elisa.mcenroe@morganlewis.com
bradie.williams@morganlewis.com

*Attorney for Plaintiff The Children's Hospital of Philadelphia*

2

# EXHIBIT A

Case 2:25-cv-03095-JFM    Document 40    Filed 01/21/26    Page 4 of 4

# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

**PRESENT:**   **HON. ANDREW BORROK**        **PART** _____53_____

*Justice*

------------------------------------------------------------------------------X

ORPHION THERAPEUTICS, INC.,                    **INDEX NO.**    _655222/2024_

Plaintiff,

- v -

THE CHILDREN'S HOSPITAL OF PHILADELPHIA, LATUS
BIO, INC.,BEVERLY DAVIDSON,

Defendant.

------------------------------------------------------------------------------X

It is hereby ORDERED that discovery shall proceed as follows:

1. Document production shall proceed on a rolling basis and be completed on or before January 9, 2026.

2. Fact deposition schedule with names and dates due January 23, 2026.

3. Fact depositions shall be completed by April 20, 2026.

4. Fact discovery shall be completed on or before May 4, 2026.

5. Expert discovery shall be completed on or before August 4, 2026.

6. NOI: August 18, 2026; dispositive motions within 60 days.

7. **SC: January 23, 2026 at 12:00pm.** Parties to provide a deposition schedule (names and dates).

8. If any issues with the foregoing schedule arise, the parties shall promptly (and at least five business days prior to any of the dates set forth above) email Part 53 (SFC-part53@nycourts.gov).

20251205131738ABORROKB016CADDEB3147D985AB10B0156BAB73

**DATE: 12/5/2025**                    **ANDREW BORROK, JSC**

**Check One:**        ☐ **Case Disposed**        ☒ **Non-Final Disposition**

**Check if Appropriate:**    ☐ **Other (Specify** _____ **)**

# OTHER ORDER – NON-MOTION