**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE CHILDREN'S HOSPITAL OF PHILADELPHIA, <br><br> *Plaintiff,* <br><br> v. <br><br> ORPHION THERAPEUTICS, INC., <br><br> *Defendant.* | Civil Action No. 2:25-cv-3095-JFM |

**STIPULATED MOTION TO MODIFY CASE MANAGEMENT ORDER**

Plaintiff Children's Hospital of Philadelphia and Defendant and Orphion Therapeutics, Inc. (the "Parties") by and through their undersigned counsel, respectfully submit this stipulated motion to modify the Court's Case Management Order in this action (ECF No. 41).

On January 21, 2026, the Parties filed a Stipulated Motion to Modify the Case Management Order (ECF No. 40) to ensure efficiency in the parallel action in the Supreme Court of the State of New York, Orphion Therapeutics, Inc. v. The Children's Hospital of Philadelphia, et al., Index No. 655222/2024, and to account for the transition of CHOP's lead counsel in light of a medical need.

Since that time, the parties have undertaken extensive discovery. This has included eight key fact depositions (in chronological order): (1) Samuel Backenroth (Orphion's CFO); (2) Dr. Michael Mashaal (the Chairman of Orphion's Board of Directors); (3) Scott Johnson (Director of New Ventures at CHOP); (4) Dr. Johannes Van Der Loo (Director of the Clinical Vector Core at CHOP); (5) Dr. David Leib (Associate Director at Latus Therapeutics); (6) Dr. Jason Slakter (Orphion's CEO); (7) Dr. Cassie Tran (Licensing Associate at CHOP); and (8) Dr. Beverly Davidson (CHOP).

1

In parallel, the Parties have agreed to enter into a non-binding mediation with Jed Melnick, Esq. of JAMS ADR on June 3, 2026.

For efficiencies and cost-savings going into mediation, the Parties propose adjourning the remaining scheduled depositions until after the June 3 mediation. The parties have affirmatively scheduled these remaining depositions for after June 3 in case mediation is unsuccessful, so there will not be delays associated with reengaging on depositions at that time (if mediation is not successful). Such a reshuffling of the deposition timing would require an adjustment to the case schedule.

The parties have sought a parallel extension from Justice Borrok of the Supreme Court of the State of New York in Orphion Therapeutics, Inc. v. The Children's Hospital of Philadelphia, et al., Index No. 655222/2024.

To allow the Parties the time to potentially resolve the case in mediation, ensure efficiency in these two parallel actions, and to promote judicial efficiency, the Parties respectfully submit the following proposed revisions to the Case Management Order:

| Event | Original Deadline | Proposed Deadline |
| --- | --- | --- |
| Fact Discovery | May 4, 2026 | August 14, 2026 |
| Expert Discovery | August 4, 2026 | November 13, 2026 |
| Affirmative Expert Reports | May 26, 2026 | September 4, 2026 |
| Responsive Expert Reports | June 30, 2026 | October 9, 2026 |
| Expert Depositions | August 4, 2026 | November 13, 2026 |
| Last Day to Serve Statement of Undisputed Material Fact in Advance of Summary Judgment Motion | October 19, 2026 | December 21, 2026 |
| Last Day to Serve Response to Statement of Undisputed Material Fact in Advance of Summary Judgment Motion | November 2, 2026 | January 8, 2027 |
| Motions for Summary Judgment and Daubert Motions | November 16, 2026 | January 22, 2027 |
| Responses | December 16, 2026 | February 22, 2027 |

Respectfully submitted,

Dated: April 24, 2026

**O'HANLON SCHWARTZ, P.C.**

By: *Noah A. Schwartz*
　　Noah A. Schwartz (PA Bar No. 307835)
　　Israel A. Schwartz (PA Bar No. 327623)
　　1 Holtec Drive, Suite G102
　　Marlton, New Jersey 08053
　　609.233.1590
　　Noah@ohanlonschwartz.com
　　Izzy@ohanlonschwartz.com

　　*Attorneys for Defendant Orphion
　　Therapeutics, Inc.*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *Elisa P. McEnroe*
　　Elisa P. McEnroe, Bar No. 206143
　　Bradie R. Williams, Bar No. 327334
　　2222 Market Street
　　Philadelphia, PA  19103
　　Telephone: +1.215.963.5000
　　elisa.mcenroe@morganlewis.com
　　bradie.williams@morganlewis.com

　　*Attorney for Plaintiff The Children's
　　Hospital of Philadelphia*